USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Minaya,**

Plaintiffs,

-against-

**Haverstraw Police Department, et al.,**

Defendant.
---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:26-cv-04576 JGLC-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

The telephone status conference previously scheduled for **September 10, 2026,** at 10:30 am, before the Hon. Victoria Reznik, U.S.M.J., has been **rescheduled for September 9, 2026 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE CHANGE IMMEDIATELY!**

**Re: Incarcerated Prisoners**

***Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.***

**SO ORDERED.**

DATED: White Plains, New York
August 26, 2026

VICTORIA REZNIK
United States Magistrate Judge